AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| MICHELINE CANTAVE | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19 Civ. 1060  DLI-JO |
| INCARE HOME HEALTH CARE GROUP LLC,<br>HANNA WOLHENDLER, MARTIN SCHLOSSER,<br>BARUCH WOLHENDLER, and CHANIE<br>WOLHENDLER | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Incare Home Health Care Group LLC, 2071 Flatbush Avenue, Suite 21, Brooklyn, NY 11234
Hanna Wolhendler, 1820 Gravesend Neck Road, Brooklyn, NY  11229
Martin Schlosser, 1820 Gravesend Neck Road, Brooklyn, NY  11229
Baruch Wolhendler, 1820 Gravesend Neck Road, Brooklyn, NY  11229
Chanie Wolhendler, 1820 Gravesend Neck Road, Brooklyn, NY  11229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Law Office of Gregory P. Mouton, Jr., LLC
305 Broadway, 7th Floor
New York, NY  10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 02/25/2019

*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*